■ ARTHUR DIO et al., Respondents, v EDINA PUGLIESE, as Administratrix of the Estate of SILVANO PUGLIESE, Deceased, et al., Defendants, FORD MOTOR COMPANY, Appellant, and EDWARD H. COTTRELL, Respondent. (Appeal No. 1.)—Judgment and order unanimously affirmed, without costs. Same memorandum as in *Pugliese v Ford Motor Co.* (53 AD2d 1052). (Appeals from judgment and order of Erie Supreme Court—negligence—warranty.) Present—Marsh, P. J., Moule, Simons, Goldman and Witmer, JJ.